

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| SUPERTECH, INC., | No. 24-2110 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 1:23-cv-00002 |
| v. | District of Northern Mariana Islands, Saipan |
| MY CHOICE SOFTWARE, LLC, | ORDER |
| Defendant - Appellee. | |

At oral argument, the parties should be prepared to explain whether and how this Court's decision in *Briskin v. Shopify, Inc.*, No. 22-15815, 2025 WL 1154075 (9th Cir. Apr. 21, 2025) (en banc), affects the parties' personal jurisdiction arguments.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT