UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | | |
|---|---|---|
| SUPERTECH, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MY CHOICE SOFTWARE, LLC, <br><br> Defendant - Appellee. | No. 24-2110 <br><br> D.C. No. 1:23-cv-00002 <br> District of Northern Mariana Islands, Saipan <br><br> ORDER | |

Oral argument, scheduled for June 6, 2025, in Honolulu, Hawaii, shall be limited to ten (10) minutes per side.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT